E-filing

Marguerite M. Buckley, SBN 33312
P.O. Box 433
Torrance CA 90508-0433
Tel: 310.787.9892
Fax: 310.618.1950

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Elizabeth Del Carmen Pezoa,

    Plaintiff,

vs.

County of Santa Clara, a public entity; Hung Mahn Nguyen aka Sung Nguyen and Does 1-25, inclusive,

    Defendant

Case No.: C 05 3717 J

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND PROPOSED ORDER

DATE: January 20, 2006
Time: 10:30 am
Courtroom: 3, 4th floor
Judge: Honorable Jeremy Fogel

Elizabeth Del Carmen Pezoa, Plaintiff, through her attorney Marguerite M. Buckley and the County of Santa Clara, defendant, through its attorneys Ann Miller Ravel, County Counsel and Michael J. Rossi, Deputy County Counsel hereby stipulate that the Case Management Conference may be continued to March 3, 2006.

Dated: January 20, 2006

                                          OFFICE OF THE COUNTY COUNSEL

_/s/ Marguerite M. Buckley_                      _/s/ Michael L. Rossi_

Marguerite M. Buckley                          Michael L. Rossi, Deputy County Counsel
Attorney for Plaintiff                                  Attorney for defendant County of Santa Clara

CONTINUANCE OF CASE MANAGEMENT CONFERENCE ORDER

The Case Management Conference is continued to March 3, 2006 at 10:30 a.m. in Courtroom 3, 5th floor before the Honorable Jeremy Fogel.

1/20/2006

Honorable Jeremy Fogel

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE - 2