*efiled 4/3/07

MARK B. FREDKIN, ESQ. [State Bar No. 53550]
LINDA M. MacLEOD, ESQ. [State Bar No. 142023]
MORGAN, FRANICH, FREDKIN & MARSH
99 Almaden Boulevard, Suite 1000
San Jose, California 95113-1613
Telephone:(408) 288-8288
Facsimile:  (408) 288-8325

Attorneys for Defendant,
Hung Manh Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH DEL CARMEN PEZOA<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA, a public entity, HUNG MAHN NGUYEN aka SUNG NGUYEN and DOES 1- 25, inclusive,<br><br>Defendants. | NO. C-05-3717 JF<br><br>**STIPULATED REQUEST FOR ORDER CONTINUING TRIAL DATE** |

Plaintiff Elizabeth Del Carmen Pezoa, through her attorney of record, Marguerite M. Buckley, Defendants County of Santa Clara and Bruce Lynn Copely, through their attorneys of record Cheryl Stevens, Deputy County Counsel and Defendant Hung Manh Nguyen, through his attorney of record Mark B. Fredkin and Linda M. MacLeod of Morgan, Franich, Fredkin & Marsh, after meeting and conferring on the matters herein, do hereby stipulate as follows:

1.  Trial in this matter is presently set for June 22, 2007. Individual Defendant Hung Manh Nguyen was not served with the Summons and First Amended Complaint until September, 2006 and due to some questions about the pleadings, the parties stipulated to

1 dismiss the first two claims against Nguyen, and to allow County additional time to answer.
2 Nguyen's Answer was filed on February 15, 2007 and County's answer was filed on February
3 20, 2007. The parties have begun discovery, but depositions have not begun and the parties
4 agree that this matter will not be ready for trial on June 22, 2007.

2. All parties agree to continue the trial date to December 3, 2007. The trial is estimated by Plaintiff to last for ten days.

3. All parties agree that all discovery due dates and dates noted in the case management order shall be changed per the Federal Rules, in accordance with the December 3, 2007 trial date.

4. This Stipulation is executed in three parts, faxed to the parties and may be e-filed with the Court upon receipt of the executed faxes. The parties will mail the originals to attorney Mark B. Fredkin who will retain said originals in his files.

SO STIPULATED:

March 28, 2007

_____
MARGUERITE M. BUCKLEY,
Attorney for Plaintiff Elizabeth Del Carmen Pezoa

March __, 2007

_____
CHERYL STEVENS, County Counsel,
Attorneys for Defendants County of Santa Clara
and Bruce Lynn Copely

March __, 2007

_____
MARK B. FREDKIN,
Attorneys for Defendant Hung Manh Nguyen

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

March 30, 2007

_____
JUDGE OF THE DISTRICT COURT

STIPULATION TO CONTINUE TRIAL DATE
Case No. C-05-3717 JF                                2

dismiss the first two claims against Nguyen, and to allow County additional time to answer. Nguyen's Answer was filed on February 15, 2007 and County's answer was filed on February 20, 2007. The parties have begun discovery, but depositions have not begun and the parties agree that this matter will not be ready for trial on June 22, 2007.

2. All parties agree to continue the trial date to December 3, 2007. The trial is estimated by Plaintiff to last for ten days.

3. All parties agree that all discovery due dates and dates noted in the case management order shall be changed per the Federal Rules, in accordance with the December 3, 2007 trial date.

4. This Stipulation is executed in three parts, faxed to the parties and may be e-filed with the Court upon receipt of the executed faxes. The parties will mail the originals to attorney Mark B. Fredkin who will retain said originals in his files.

SO STIPULATED:

March ___, 2007

MARGUERITE M. BUCKLEY,
Attorney for Plaintiff Elizabeth Del Carmen Pezoa

March 27, 2007

CHERYL STEVENS, County Counsel,
Attorneys for Defendants County of Santa Clara and Bruce Lynn Copely

March 29, 2007

MARK B. FREDKIN,
Attorneys for Defendant Hung Manh Nguyen

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

March ___, 2007

JUDGE OF THE DISTRICT COURT

STIPULATION TO CONTINUE TRIAL DATE
Case No. C-05-3717 JF       2