**E-filed 6/14/07**

1  MARK B. FREDKIN, ESQ. [State Bar No. 53550]
   LINDA M. MacLEOD, ESQ. [State Bar No. 142023]
2  MORGAN, FRANICH, FREDKIN & MARSH
   99 Almaden Boulevard, Suite 1000
3  San Jose, California  95113-1613
   Telephone:(408) 288-8288
4  Facsimile:  (408) 288-8325

5  Attorneys for Defendant,
   Hung Manh Nguyen

6

7

8                  UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11

12  ELIZABETH DEL CARMEN PEZOA          NO. C-05-3717 JF

13                  Plaintiffs,         **STIPULATED REQUEST FOR ORDER
                                        CONTINUING TRIAL DATE**
14  v.

15  COUNTY OF SANTA CLARA, a public
    entity, HUNG MAHN NGUYEN aka
16  SUNG NGUYEN and DOES 1- 25,
    inclusive,
17                  Defendants.

18

19

20       Plaintiff Elizabeth Del Carmen Pezoa, through her attorney of record, Marguerite M.

21  Buckley, Defendants County of Santa Clara and Bruce Lynn Copely, through their attorneys

22  of record Cheryl Stevens, Deputy County Counsel and Defendant Hung Manh Nguyen,

23  through his attorney of record Mark B. Fredkin and Linda M. MacLeod of Morgan, Franich,

24  Fredkin & Marsh, after meeting and conferring on the matters herein, do hereby stipulate as

25  follows:

26       1.       Trial in this matter is presently set for December 3, 2007.  This was a date that

27  was stipulated between the parties as a continued trial date due to the fact that (1) individual

28  Defendant Hung Manh Nguyen had not been served with the Summons and First Amended

STIPULATION TO CONTINUE TRIAL DATE
Case No. C-05-3717 JF                    1

1 Complaint until fall 2006; (2) there were some questions regarding the pleadings with several
2 claims being dismissed against Nguyen; (3) Nguyen's Answer was not filed until February 15,
3 2007 and County's answer was filed on February 20, 2007; (4) discovery was (and is) still in
4 the early stages. All parties thereafter agreed to continue the trial date to December 3, 2007
5 and the stipulation was signed by the parties.

6      2.     However, prior to the date that the stipulation and proposed order were
7 submitted to the Court, the Court in *HSD Corporation v. KLA-Tencor*, Case No. C 06-02778
8 MHP set that case for trial in the Northern District of California for December 4, 2007. This
9 trial was mistakenly not calendared in Mr. Fredkin's calendar, and thus this case was also set
10 for this date.

11      3.     Consequently, Mr. Mark Fredkin, lead trial counsel, now has two trials set one
12 day apart.

13      4.     On April 30, 2007, Ms. MacLeod submitted a request to Ms. Pezoa's counsel
14 to continue the trial date again to mid-February. An additional request was made on May 23,
15 2007 and by then, a trial date needed to be set for mid-April, 2008 due to Mr. Fredkin's trial
16 schedule. (Mr. Fredkin now has jury trials set for January 18, 2008, January 28, 2007,
17 February 19, 2008 and March 14, 2008.)

18      5.     The parties propose and are agreeable to a date for trial to be set on April 7,
19 2008. The trial is estimated by Plaintiff to last for ten days.

20      6.     All parties agree that all discovery due dates and dates noted in the case
21 management order shall be changed per the Federal Rules, in accordance with the April 7,
22 2008 trial date.

23      7.     This Stipulation is executed in three parts, faxed to the parties and may be e-filed
24 with the Court upon receipt of the executed faxes. The parties will mail the originals to
25 attorney Mark B. Fredkin who will retain said originals in his files.

26      SO STIPULATED:

27 //

28 //

June _4_, 2007

_Marguerite M Buckley_
MARGUERITE M. BUCKLEY,
Attorney for Plaintiff Elizabeth Del Carmen Pezoa

June ___, 2007

CHERYL STEVENS, County Counsel,
Attorneys for Defendants County of Santa Clara
and Bruce Lynn Copely

June ___, 2007

MARK B. FREDKIN, ESQ.
LINDA M. MACLEOD, ESQ.
Attorneys for Defendant Hung Manh Nguyen

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

June _14_, 2007

JUDGE OF THE DISTRICT COURT
Jeremy Fogel

STIPULATION TO CONTINUE TRIAL DATE
Case No. C-05-3717 JF                                    3

1

2

3   June __, 2007

4                                    MARGUERITE M. BUCKLEY,
                                     Attorney for Plaintiff Elizabeth Del Carmen Pezoa
5

6   June 4, 2007

7                                    CHERYL STEVENS, County Counsel,
                                     Attorneys for Defendants County of Santa Clara
8                                    and Bruce Lynn Copely

9

10  June __, 2007

11                                   MARK B. FREDKIN, ESQ.
                                     LINDA M. MACLEOD, ESQ.
12                                   Attorneys for Defendant Hung Manh Nguyen

13                                   **ORDER**

14          PURSUANT TO STIPULATION, IT IS SO ORDERED.

15

16  June ___, 2007

17                                   JUDGE OF THE DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE TRIAL DATE
Case No. C-05-3717 JF                        3