ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)\
KEVIN M. HAMMON, Deputy County Counsel (S.B. #232360)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, and
BRUCE LYNN COPLEY

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELIZABETH DEL CARMEN PEZOA, | ) | No. C05-3717 JF (PVT) |
| Plaintiff, | ) | [PROPOSED] ORDER RE: DISCOVERY CUTOFF |
| v. | ) | |
| COUNTY OF SANTA CLARA, et al., | ) | |
| Defendants. | ) | |

**ORDER**

IT IS ORDERED THAT the discovery cutoff in the above-captioned matter shall be February 29, 2008.

**IT IS SO ORDERED**.

Dated: 1/7/08

PATRICIA V. TRUMBULL
United States Magistrate Judge

107447.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

[Proposed] Order Regarding
Discovery Cut off            1            C 05-3717 JF (PVT)