ANN MILLER RAVEL, County Counsel (S.B. #62139)
MARK F. BERNAL, Deputy County Counsel (S.B. #173923)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendants
COUNTY OF SANTA CLARA, AND
BRUCE LYNN COPLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH DEL CARMEN PEZOA,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SANTA CLARA, et al.<br><br>Defendants. | No.   C05-3717 JF<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Plaintiff Elizabeth Carmen Pezoa, by and through her attorney of record, and Defendants Hung Mahn Nguyen, aka Sung Nguyen, County of Santa Clara, and Bruce Lynn Copley, by and through their attorneys of record, hereby stipulate and agree to an order dismissing this entire action with prejudice.

//
//
//
//
//
//
//
//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order for Dismissal
of Entire Action with Prejudice                    -1-                    C05-3717 JF

1 | Each party shall bear their own attorneys' fees and costs of the suit.
2 | IT IS SO STIPULATED:
3 |
4 | Dated: 3/28/08

ANN MILLER RAVEL
County Counsel

By: /s/ Mark F. Bernal
MARK F. BERNAL
Deputy County Counsel

Attorneys for Defendants
COUNTY OF SANTA CLARA,
AND BRUCE LYNN COPLEY

Dated: _____

MORGAN, FRANICH, FREDKIN & MARSH

By: _____
LINDA MACLEOD

Attorneys for Defendant
HUNG MAHN NGUYEN
aka SUNG NGUYEN

Dated: 3/27/08

EMPLOYMENT RIGHTS ATTORNEYS

By: /s/ Richard D. Schramm
RICHARD D. SCHRAMM

Attorneys for Plaintiff
ELIZABETH DEL CARMEN PEZOA

ORDER

Having considered the above Stipulation, and good cause appearing therefore, it is hereby ordered that the above-captioned matter is dismissed in its entirety with prejudice and that all parties are to bear their own attorneys' fees and costs of suit.

IT IS SO ORDERED.

Dated: 4/8/08

/s/ Jeremy Fogel
JUDGE JEREMY FOGEL

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order for Dismissal
of Entire Action with Prejudice            -2-                    C05-3717 JF

1     Each party shall bear their own attorneys' fees and costs of the suit.

2        IT IS SO STIPULATED:

4     Dated: _____      ANN MILLER RAVEL
                                       County Counsel

6                                         By: _____
7                                         MARK F. BERNAL
                                        Deputy County Counsel

8                                         Attorneys for Defendants
                                        COUNTY OF SANTA CLARA,
9                                         AND BRUCE LYNN COPLEY

11    Dated: 3/31/08                     MORGAN, FRANICH, FREDKIN & MARSH

13                                        By: _____
                                        LINDA MACLEOD

14                                        Attorneys for Defendant
                                        HUNG MAHN NGUYEN
15                                        aka SUNG NGUYEN

                                        EMPLOYMENT RIGHTS ATTORNEYS

17    Dated: _____

18                                       By: _____
                                      RICHARD D. SCHRAMM

19
20                                      Attorneys for Plaintiff
                                     ELIZABETH DEL CARMEN PEZOA

21                                       ORDER

22     Having considered the above Stipulation, and good cause appearing therefore, it is hereby
23 ordered that the above-captioned matter is dismissed in its entirety with prejudice and that all
24 parties are to bear their own attorneys' fees and costs of suit.

25    IT IS SO ORDERED.

27    Dated: _____                 _____
28                                       JUDGE JEREMY FOGEL

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Order for Dismissal
of Entire Action with Prejudice        -2-        C05-3717 JF